IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY A. BOWLES<br>1037 Sharonville Road<br>Jackson, OH  45640, | : <br> : | Case No. 2:17-cv-356 |
| Plaintiff, | : | Judge _____ |
| v. | : | |
| THE HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY<br>Hartford Plaza, 690 Asylum Avenue<br>Hartford, CT 06115, | :<br><br>: | Magistrate Judge _____ |
| Defendant. | : | |

# COMPLAINT

For his Complaint against the Defendant, The Hartford Life and Accident Insurance Company, Plaintiff Terry A. Bowles states as follows:

## Parties

1. The Plaintiff, Terry A. Bowles, was at all relevant times an employee of PACCAR, Inc. and a participant in an employee benefit plan (the "Plan") established and maintained by PACCAR, Inc. under the provisions of the Employee Retirement Income Security Act for the purpose of paying, *inter alia*, disability benefits.

2. The Defendant, Hartford Life and Accident Insurance Company (hereinafter "Hartford"), is the insurer, under Group Policy No. 83123837 (the "Policy"), of the disability benefits at issue in this case. Hartford is, therefore, the real party in interest with respect to this claim.

**Jurisdiction and Venue**

3. The Plaintiff's claims arise under ERISA. Jurisdiction is based on 29 U.S.C. §1132.

4. The Plan is administered, in part, in Jackson County, Ohio. Venue is appropriate in the Eastern Division of the Southern District of Ohio.

**Facts Common to All Claims**

5. The Plaintiff, Terry Bowles, was at all relevant times employed by PACCAR, Inc., at its plant near Jackson, Ohio.

6. PACCAR, Inc., manufactures large trucks, and Bowles was employed as a laborer on one of its assembly lines.

7. In late 2015, Bowles became disabled due to the combined effects of a brain tumor, deep vein thrombosis, and ventral hernia, and the medications and procedures required to treat those conditions.

8. As an employee of PACCAR, Inc., Bowles was eligible for long-term disability benefits under the Policy.

9. Bowles timely applied to Hartford for long-term disability benefits.

10. Hartford initially approved Bowles' long-term disability claim and paid benefits through February 29, 2016.

11. Hartford then terminated Bowles' claim, incorrectly concluding that Bowles was no longer disabled from his own occupation.

12. Bowles timely appealed Hartford's decision.

13. On March 1, 2017, Hartford denied Bowles' claim.

14. Bowles also applied for disability benefits (SSDI) from the Social Security Administration.

15. Bowles' SSDI claim was approved, although not before Hartford had completed its review of Bowles' appeal.

16. Bowles has exhausted his administrative remedies.

## Count I – For Long-Term Benefits

17. The foregoing allegations are incorporated by reference as if fully rewritten herein.

18. Bowles brings this claim under 29 U.S.C. §1132 and seeks payment of long-term disability benefits.

19. Bowles is disabled under the Plan and is entitled to long-term disability benefits.

20. Hartford's decision denying Bowles's claim was arbitrary and capricious because, *inter alia*, Hartford ignored the opinions of Bowles's physicians and Hartford denied his claim based solely on a file review.

21. Bowles is entitled to long-term disability benefits and seeks an award of those benefits.


WHEREFORE, the Plaintiff, Terry A. Bowles, demands judgment in his favor and against the Defendant, The Hartford Life and Accident Insurance Company, as follows:

A. A determination that Bowles is disabled and entitled to long-term disability benefits;

B. A lump sum award of long-term disability benefits, calculated based upon the monthly payment to which Bowles was entitled, from the date benefits terminated until the date of judgment;

C. An order directing Hartford to pay a monthly benefit to Bowles commencing on the date of judgment and continuing until Bowles no longer satisfies the definition of disability under the Plan;

D. Pre-judgment and post-judgment interest;

E. Attorney's fees and the costs of this action; and

F. Such other and further relief as the Court determines to be equitable and just.

Respectfully submitted,

_____/s/ Tony C. Merry_____
Tony C. Merry      (0042471)
Trial Attorney
Law Offices of Tony C. Merry, LLC
7100 N. High Street, Suite 302
Worthington, Ohio  43085
(614) 372-7114
(614) 505-6109 [fax]
tmerry@tmerrylaw.com
Attorney for Plaintiff

4